POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Jason J. Kim, Esq.    (SBN: 190246)<br>SO. CAL. EQUAL ACCESS GROUP<br>101 S. Western Ave., 2nd Floor<br>Los Angeles, CA 90004<br>TELEPHONE NO.: (213)252-8008    FAX NO. *(Optional)*: (213)252-8009<br>E-MAIL ADDRESS *(Optional)*: scalequalacess@yahoo.com<br>ATTORNEY FOR *(Name)*: Plaintiff, Omar Luna | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles
STREET ADDRESS: 350 W. 1st Street
MAILING ADDRESS: 350 W. 1st Street
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: First Street Courthouse

PLAINTIFF/PETITIONER: Omar Luna

DEFENDANT/RESPONDENT: KFC Corporation; Debra Beck Engilman, et al.

CASE NUMBER: 2:24-cv-00243-JFW-PVC

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents)*: see "Attachment 1"

3. a. Party served *(specify name of party as shown on documents served)*:
      KFC Corporation

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      C T Corporation System - Sarai Marin (Authorized Agent for Service of Process) Fed.R. Civ. P. 4(c)(2)

4. Address where the party was served:
   330 N. Brand Blvd., Suite 700, Glendale, CA 91203

5. I served the party *(check proper box)*
   a. [✓] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 01/26/2024    (2) at *(time)*: 9:41AM
   b. [ ] **by substituted service.** On *(date)*:    at *(time)*:    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:    from *(city)*:    **or** [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

| | |
|---|---|
| PLAINTIFF/PETITIONER: Omar Luna | CASE NUMBER: |
| DEFENDANT/RESPONDENT: KFC Corporation; Debra Beck Engilman, et al. | 2:24-cv-00243-JFW-PVC |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:       (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify)*: KFC Corporation
      under the following Code of Civil Procedure section:
      - ☑ 416.10 (corporation)
      - ☐ 416.20 (defunct corporation)
      - ☐ 416.30 (joint stock company/association)
      - ☐ 416.40 (association or partnership)
      - ☐ 416.50 (public entity)
      - ☐ 415.95 (business organization, form unknown)
      - ☐ 416.60 (minor)
      - ☐ 416.70 (ward or conservatee)
      - ☐ 416.90 (authorized person)
      - ☐ 415.46 (occupant)
      - ☐ other:

7. **Person who served papers**
   a. Name: John Abramyan / Turbo Messengers, Inc.
   b. Address: 4426 Kingswell Ave., #5, Los Angeles, CA 90027
   c. Telephone number: (818)771-0904
   d. **The fee** for service was: $75.00
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ a registered California process server:
         (i) ☑ owner ☐ employee ☐ independent contractor.
         (ii) Registration No.: 6898
         (iii) County: Los Angeles

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 01/26/2024

John Abramyan     ▶      *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

MC-025

| SHORT TITLE: Omar Luna vs. KFC Corporation; Debra Beck Engilman, et al. | CASE NUMBER: 2:24-cv-00243-JFW-PVC |

**ATTACHMENT** (Number): 1

*(This Attachment may be used with any Judicial Council form.)*

1. Certification and Notice of Interested Parties

2. Notice to Counsel Re Consent To Proceed Before a United States Magistrate Judge

3. Notice of Assignment To United States Judge

4. Notice To Parties of Court-Directed ADR Program

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 1 of 1

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov